JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5048FDB |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| | ) | DATE AND PRETRIAL MOTIONS |
| ISRAEL TIMOTEO, | ) | DUE DATE |
| Defendant. | ) | |
| | ) | |
| | ) | |

Based on the stipulated motion of the parties to continue the trial date, and the Defendant's Waiver of Speedy Trial Rights, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(I).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1
*U.S. v. Timoteo;* CR06-5048FDB

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

1  4. Taking into account the exercise of due diligence, a continuance is necessary
2  to allow the defendant the reasonable time for effective preparation of his defense. 18
3  U.S.C. § 3161(h)(8)(B)(iv).
4  NOW, THEREFORE,
5  IT IS HEREBY ORDERED that the trial date is continued from April 3, 2006 to
6  June 5, 2006 at 9:00 am.  The resulting period of delay from April 3, 2006, up to and
7  including the new trial date of June 5, 2006, is hereby excluded for speedy trial purposes
8  under 18 U.S.C. § 3161(h)(8)(A) and (B).
9  Pre-trial motions are due no later than April 5, 2006.
10  DONE this 15th day of March, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ *Colin A. Fieman*                                        /s/ *Tessa Gorman*

Colin A. Fieman                                              Tessa Gorman

Attorney for Defendant                                       Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                          2
U.S. v. Timoteo; CR06-5048FDB

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**