JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ISRAEL TIMOTEO,  )<br>  )<br>Defendant.  )<br>  )<br>_____ ) | NO. CR06-5048FDB<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Based on the stipulated motion of the parties to continue the trial date, and the Defendant's Waiver of Speedy Trial Rights, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(I).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                             1
*U.S. v. Timoteo;* CR06-5048FDB

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1  4. Taking into account the exercise of due diligence, a continuance is necessary
2  to allow the defendant the reasonable time for effective preparation of his defense. 18
3  U.S.C. § 3161(h)(8)(B)(iv).
4  NOW, THEREFORE,
5  IT IS HEREBY ORDERED that the trial date is continued from June 5, 2006 to
6  July 31, 2006, at 9:00 am. The resulting period of delay from June 5, 2006, up to and
7  including the new trial date of July 31, 2006, is hereby excluded for speedy trial
8  purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).
9  Pre-trial conference shall be on July 21, 2006, at 1:30 pm.
10 DONE this 19th day of May, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ *Colin A. Fieman*                    /s/ *Tessa Gorman*

Colin A. Fieman                          Tessa Gorman

Attorney for Defendant                   Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                 2
U.S. v. Timoteo; CR06-5048FDB

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710